

**ZACHARY W. CARTER**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY RUSSELL BERGMAN**
*Assistant Corporation Counsel*
Phone: (212) 356-5051
Fax: (212) 356-3509
zbergman@law.nyc.gov

July 20, 2016

**VIA ECF & FASCMILE**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   <u>Anthony Malik Ellis v. City of New York, et al.,</u>
> 16 Civ. 1827 (PGG) (SDNY)

Your Honor:

I am an Assistant Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Captain Johnson, Correction Officer Jackson, Correction Officer Johnson and Correction Officer Jones in the above referenced matter.  By way of background, the undersigned submitted a Motion to Dismiss pursuant to 28 U.S.C. § 1915(e) on July 15, 2016 on behalf of defendants City, Correction Officer Johnson, and Correction Officer Jones.  (Docket Entry No. 17)  The motion was not filed on behalf of Captain Johnson and Correction Officer Jackson because this office did not yet represent them at the time of the initial filing.  However, this office now represents Captain Johnson and Correction Officer Jackson and, accordingly, the undersigned respectfully states that for the reasons set forth in defendants' Motion to Dismiss, Captain Johnson and Correction Officer Jackson join the motion and respectfully submit that the complaint should be dismissed with prejudice, pursuant to 28 U.S.C. §1915(e) on the grounds that: (1) Plaintiff made bad faith misrepresentations in his *IFP* applications; (2) Plaintiff has accumulated three strikes and therefore should be barred from utilizing *IFP* status; and (3) Plaintiff misrepresented his prior litigation history.

Thank you for your consideration herein.

Respectfully submitted,
/s/
Zachary Russell Bergman
*Assistant Corporation Counsel*

cc:   Anthony Malik Ellis (VIA U.S. MAIL)
      DIN# 16-A-2510
      Downstate Correctional Facility
      121 Red Schoolhouse Road
      P.O. Box 445
      Fishkill, New York 12524